IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-301

| | |
|---|---|
| GERBER NATIONAL CLAIM SERVICES, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>CAROLINA TECHNOLOGY EXCHANGE, LLC, and BLUEVINE CAPITAL, INC.,<br><br>   Defendants. | **MOTION FOR DEFAULT JUDGMENT AGAINST CAROLINA TECHNOLOGY EXCHANGE, LLC** |

NOW COMES Interpleader Defendant/Counterclaimant BlueVine Capital, Inc. ("BlueVine") and hereby moves the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a default judgment against Interpleader Defendant Carolina Technology Exchange, LLC ("CTE").[1] BlueVine respectfully requests that this Court: (1) enter a default judgment against CTE and in favor of BlueVine; and (2) enter an Order that the amount deposited by Interpleader Plaintiff Gerber National Claim Services, LLC ("Gerber") with the Clerk of Court – which, upon information and belief, is approximately $38,117.63 (the "Disputed Funds") – be paid to BlueVine.

Gerber filed its Verified Complaint in Interpleader on June 27, 2019 (the "Complaint"). (ECF No. 1). The Complaint names BlueVine and CTE as the only two claimants to the Disputed Funds.

---

[1] "While more frequently it is the plaintiff who moves for entry of default judgment, the right of a defendant in an interpleader action to do so is recognized." Sun Life Assurance Co. of Canada (U.S.) v. Conroy, 431 F. Supp. 2d 220, 226 (D.R.I. 2006); see also Hawkins v. Boyd, 16 CV 1592 (FB)(RML), 2016 WL 7626577, at *3 (E.D.N.Y. Nov. 18, 2016) (collecting cases).

1

The Clerk entered default against CTE on October 4, 2019. (ECF No. 20). "A named interpleader defendant who fails to answer the interpleader complaint and assert a claim to the res forfeits any claim of entitlement that might have been asserted." Sun Life Assurance Co. of Canada (U.S.) v. Conroy, 431 F. Supp. 2d 220, 226 (D.R.I. 2006). Accordingly, CTE has forfeited any claim to the Disputed Funds and is subject to a default judgment. See, e.g., Protective Life Ins. Co. v. Tinney, No. 2:14-cv-02251-TMP, 2015 WL 1402464, at *4 (N.D. Ala. Mar. 25, 2015).

As the only non-defaulting interpleader defendant, BlueVine is entitled to the Disputed Funds. See Nationwide Mut. Fire Ins. Co. v. Eason, 736 F.2d 130, 133 n.4 (4th Cir. 1984) ("[I]f all but one named interpleader defendant default[s], the remaining defendant [is] entitled to the fund.").

This Motion is further supported by BlueVine's Brief in Support and the Declaration of Gil Rosenthal, both of which are filed contemporaneously herewith.

Counsel for BlueVine consulted with counsel for Gerber before filing this Motion. Gerber does not wish to be heard on this Motion.

This the 18th day of October, 2019.

/s/ Richard W. Andrews
Jeffrey S. Southerland
jsoutherland@tuggleduggins.com
NC State Bar No. 34221
Richard W. Andrews
randrews@tuggleduggins.com
NC State Bar No. 44177
*Attorneys for BlueVine Capital, Inc.*

OF COUNSEL:
TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro NC 27402
Telephone: (336) 378-1431
Facsimile: (336) 274-6590

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Motion for Default Judgment Against Carolina Technology Exchange, LLC** was this date electronically filed and served on all parties to this action as follows:

Through the Court's CM/ECF system:

    Johnny M. Loper
    Womble Bond Dickinson (US) LLP
    555 Fayetteville Street, Suite 1100
    Raleigh, NC 27601
    Johnny.Loper@wbd-us.com
    *Counsel for Plaintiff*

By U.S. Mail, Postage Prepaid:

    Carolina Technology Exchange, LLC
    c/o Jonathan Clayton, Manager and Registered Agent
    5835 Eleanor Rigby Rd
    Charlotte, NC 28278
    *Defendant Carolina Technology Exchange, LLC*

This the 18th day of October, 2019.

                              */s/ Richard W. Andrews*
                              Richard W. Andrews
                              NC State Bar No. 44177
                              *Attorney for BlueVine Capital, Inc.*

OF COUNSEL:

TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Telephone: (336) 378-1431
Facsimile: (336) 274-6590